IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BILLY N. HAMMOCK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 109-161 |
| DANIEL J. NELLER, Psy. D., ABPP Board Certified Forensic Psychologist, Georgia Regional Hospital of Augusta, and MICHAEL B. ARRINGTON, Assistant Public Defender, in their individual and official capacities, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, and this civil action is **CLOSED**.

SO ORDERED this 17th day of February, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE